IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00101-ZLW-CBS

AUTO-OWNERS INSURANCE COMPANY,

       Plaintiff,

v.

HILDRETH CUSTOM BUILDERS, INC. and
DAVE HILDRETH,

       Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For Default Judgment (Doc. No. 11). It is

ORDERED that on or before April 28, 2010, Plaintiff shall file a detailed affidavit substantiating the amount of attorneys' fees sought by Plaintiff and attaching the relevant supporting documentation, such as attorney billing statements. It is

FURTHER ORDERED that if no affidavit is filed on or before April 28, 2010, Plaintiff's Motion For Default Judgment (Doc. No. 11) will be denied without prejudice.

DATED at Denver, Colorado, this 19th day of April, 2010.

                              BY THE COURT:

                              *[signature: Zita Leeson Weinshienk]*
                              _____
                              ZITA LEESON WEINSHIENK, Senior Judge
                              United States District Court